164 A.3d 397

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAHMIN MUSE, DEFENDANT–PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004600–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 397

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SCOTT DOUGLAS, DEFENDANT–PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001427–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.